IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DORIS LEAF, BETTY STASH,<br>JOANN LAPKO, BARBARA MILLER<br>BETH TSE and SHERRY LASSER<br><br>Plaintiffs,<br><br>vs.<br><br>MONTE CARLO LAS VEGAS RESORT<br>AND CASINO,<br>MGM RESORTS INTERNATIONAL,<br>MGM RESORTS INTERNATIONAL<br>OPERATIONS, INC.<br>and MGM RESORTS INTERNATIONAL<br>D/B/A MONTE CARLO LAS VEGAS<br>RESORT AND CASINO,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT
### COUNT I

Come now the Plaintiffs by counsel, ROBERT L. TAYLOR, and for their cause of action against Defendants state as follows:

1. That the Plaintiffs, Doris Leaf, Betty Stash, JoAnn Lapko and Barbara Miller are citizens and residents of the State of Indiana and Plaintiff Beth Tse is a citizen and resident of the State of North Carolina, and Plaintiff Sherry Lasser is a citizen and resident of the State of Florida. That the Defendants are corporations doing business in the State of Nevada. That the amount in controversy, exclusive of interest and costs, exceeds Seventy-Five Thousand ($75,000.00) Dollars. That this Court has jurisdiction pursuant to 28 U.S.C. Section 1332.

2. That on or about March 4, 2009, the Plaintiffs entered into a contract with the Defendants for the rental of rooms in the Defendant Monte Carlo Las Vegas Resort, which is owned, operated and/or managed by Defendants MGM Resorts International and/or MGM Resorts International Operations, Inc.

3. That the Plaintiffs contracted with the Defendants for clean, habitable rooms in the Defendants' Monte Carlo Las Vegas Resort for the use of Plaintiffs for their vacation.

4. That the rooms the Defendants provided the Plaintiffs were infested with vermin.

5. That when the Plaintiffs became aware of the infestation they promptly notified the Defendants and requested that the Defendants clean the rooms, exterminate the vermin and/or provide the Plaintiffs with alternative arrangements.

6. That the Defendants refused to cure the breach of the contract between the Defendants and the Plaintiffs and refused to provide the Plaintiffs, with clean, vermin-free accommodations.

7. That the Plaintiffs' clothing and personal effects became infested with vermin from the Defendants' infested premises.

8. That the Plaintiffs suffered personal injuries from the bites and infection from the vermin that infested the Defendants' premises.

9. That the Plaintiffs were denied the peaceful enjoyment of the premises they had rented from the Defendants due to the premises' infestation of vermin.

10. That as a result of the Defendants' breach of the contract between Defendants and Plaintiffs, the Plaintiffs suffered personal injuries, incurred property damage and lost the value of the contract between Plaintiffs and Defendants.

WHEREFORE, the Plaintiffs demand judgment against the Defendants as follows:

1. For reasonable compensatory damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

2. For costs, interest, and the expenses of this action, and for all other just and proper relief.

*Robert L. Taylor* (signature)

ROBERT L. TAYLOR
Indiana Attorney I.D. No. 1787-45
200 West Glen Park Avenue
Griffith, Indiana 46319
(219) 972-6000
Attorney for Plaintiffs

## COUNT II

Come now the Plaintiffs by counsel, ROBERT L. TAYLOR, and for their further cause of action, state as follows:

11. That the Plaintiffs incorporate and reallege paragraphs one (1) through ten (10) of Count I of this Complaint as if the same were fully set out herein.

12. That the Defendants breached the implied warranty of habitability and the implied warranty of fitness for a particular purpose by providing the Plaintiffs with rooms that were infested with vermin and not fit for habitation.

13. That as a result of the Defendants' breach of their warranties to Plaintiffs, the Plaintiffs suffered personal injury, incurred property damage and lost the value of their contract with Defendants.

WHEREFORE, the Plaintiffs demand judgment against the Defendants as follows:

1. For reasonable compensatory damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

2. For costs, interest, and the expenses of this action, and for all other just and proper relief.

*[signature]*
ROBERT L. TAYLOR
Indiana Attorney I.D. No. 1787-45
200 West Glen Park Avenue
Griffith, Indiana 46319
(219) 972-6000
Attorney for Plaintiffs

## COUNT III

Come now the Plaintiffs by counsel, ROBERT L. TAYLOR, and for their further cause of action against Defendants, state as follows:

14. That the Plaintiffs incorporate and realleges paragraphs one (1) through ten (10) of Count I and paragraphs eleven (11) through thirteen (13) of Count II of this Complaint as if the same were fully set out herein.

15. That the Defendants were careless, negligent and negligent per se in the cleaning, inspection and maintenance of the rooms they provided the Plaintiffs.

16. That the Defendants were careless, negligent and negligent per se in the hiring, training and supervision of its housekeeping employees and supervisors.

17.    That the Defendants were careless, negligent and negligent per se in the hiring of inspection companies and contractors for the cleaning, inspection and maintenance of the rooms they provided the Plaintiffs.

18.    That as a direct and proximate result of one or more of the Defendants' acts of negligence and negligence per se, the Plaintiffs were injured, the effects of which may permanent and lasting, they incurred pain and suffering, incurred medical expenses and their property was damaged.

WHEREFORE, the Plaintiffs demand judgment against the Defendants as follows:

1.    For reasonable compensatory damages in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00).

2.    For costs, interest, and the expenses of this action, and for all other just and proper relief.

*Robert L. Taylor*
ROBERT L. TAYLOR
Indiana Attorney I.D. No. 1787-45
200 West Glen Park Avenue
Griffith, Indiana  46319
(219) 972-6000
Attorney for Plaintiffs

## DEMAND FOR TRIAL BY JURY

Come now the Plaintiffs, by counsel, and pursuant to the Federal Rules of Trial Procedure, demand Trial by Jury, as to all the issues herein.

*Robert L. Taylor*
ROBERT L. TAYLOR
Attorney I.D. No. 1787-45
200 West Glen Park Avenue
Griffith, Indiana 46319
(219) 972-6000
Attorneys for Plaintiffs